IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| DEREK DAWN HOWELL | Violations:  18 U.S.C. §§ 113(a)(3), 113(a)(7), and 1153 |

COUNT ONE

**Assault with a Dangerous Weapon**

The Grand Jury Charges:

On or about August 11, 2024, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

DEREK DAWN HOWELL,

an Indian, did assault Jane Doe with a dangerous weapon, namely shod feet, with intent to do bodily harm;

In violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

<u>COUNT TWO</u>

**Assault Resulting in Substantial Bodily Injury (Spouse / Intimate Partner)**

The Grand Jury Further Charges:

On or about August 11, 2024, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

DEREK DAWN HOWELL,

an Indian, did assault Jane Doe, a spouse and intimate partner and dating partner, which resulted in substantial bodily injury to Jane Doe;

In violation of Title 18, United States Code, Sections 113(a)(7) and 1153.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

NB/tmg